-FILED-
DEC 2 1 2016
At ________________M
ROBERT N. TRGOVICH, Cle
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2 . 16CR 173 |
| v. | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| PHILIP A. RICE | ) | 18 U.S.C. § 2252(a)(4) |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
(Production of Child Pornography)

Between on or about October 1, 2013, and on or about June 30, 2016, in the Northern District of Indiana and elsewhere, the defendant,

**PHILIP A. RICE,**

did use, induce and coerce Jane Doe, a minor female who was between the ages of 10 and 12 years at the time, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct where the defendant knew and had reason to know such visual depiction was transmitted, and where such visual depiction was actually transmitted, using any means and facility of interstate commerce.

In violation of Title 18, United States Code, Section 2251(a).

**COUNT 2**
(Possession of Child Pornography)

Between on or about October 1, 2013, and on or about March 5, 2016, in the Northern District of Indiana and elsewhere, the defendant,

**PHILIP A. RICE,**

did knowingly possess one or more matters containing visual depictions which have been transported, and which were produced using materials which have been shipped and transported, using any means and facility of interstate and foreign commerce, where the producing of such visual depictions involved the use of actual minors under the age of eighteen years engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4).

**CRIMINAL FORFEITURE ALLEGATIONS:**

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in the Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to facilitate the commission of such violation.

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By: */s/ Abizer Zanzi*
Abizer Zanzi
Assistant United States Attorney